IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BONNIE JEAN CARDONA,

      Appellant,

  v.

                                      Case No.  5D22-930
                                      LT Case No. 2021-CF-001101-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and Betty
Wyatt, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Kristen L. Davenport, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and HARRIS, JJ., concur.